No. 8701. STATE OF MONTANA ex rel. JOHN E. PERKINS, Relator, *v.* DISTRICT COURT, POWELL COUNTY, et al., Respondents.

IT IS HEREBY ORDERED that the motion and petition for a rehearing and reconsideration in the above matter be, and the same is hereby denied. Carl Lindquist, Chief Justice, Hugh R. Adair, Edwin K. Cheadle, Associate Justices.

We dissent: C. F. Morris, Albert H. Angstman, Associate Justices.

Dated this 2nd day of January, 1947.

Attorney for Relator: *S. P. Wilson*, Deer Lodge.

Attorney for Respondents: *W. E. Keeley*, Deer Lodge.